```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30468
   WILLIE YOUNG JR
   PATRICIA RENEE YOUNG                         CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7472     SSN XXX-XX-5290

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/03/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.84% from remaining funds.

     The case was paid in full 10/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
TAYLOR BEAN WHITAKER       CURRENT MORTG   29050.18             .00        29050.18
TAYLOR BEAN WHITAKER       MORTGAGE ARRE     785.14             .00          785.14
AMERICAN EXPRESS TRAVEL    UNSECURED       13131.72             .00         1685.59
BANK OF AMERICA NA         UNSECURED       NOT FILED            .00              .00
ECAST SETTLEMENT CORP      UNSECURED       38210.80             .00         4904.74
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00              .00
DEPT OF VETERANS AFFAIRS   UNSECURED       NOT FILED            .00              .00
RUSH PRESBYTERIAN HOSPIT   UNSECURED       NOT FILED            .00              .00
ILLINOIS BELL              UNSECURED OTH     536.40             .00            68.66
RESURGENT CAPITAL SERVIC   UNSECURED        5926.40             .00           760.71
NICOR GAS                  UNSECURED       NOT FILED            .00              .00
SPRINT                     UNSECURED       NOT FILED            .00              .00
T MOBILE                   UNSECURED       NOT FILED            .00              .00
DISCOVER FINANCIAL SERVI   FILED LATE       3526.10             .00              .00
BLUE CROSS BLUE SHIELD     NOTICE ONLY     NOT FILED            .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY     1,600.00                          1,600.00
TOM VAUGHN                 TRUSTEE                                           2,544.98
DEBTOR REFUND              REFUND                                            1,100.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                42,500.00

PRIORITY                                            .00
SECURED                                       29,835.32
UNSECURED                                      7,419.70
ADMINISTRATIVE                                 1,600.00
TRUSTEE COMPENSATION                           2,544.98
DEBTOR REFUND                                  1,100.00
                       ---------------       ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 30468 WILLIE YOUNG JR & PATRICIA RENEE YOUNG
```

```
TOTALS                              42,500.00            42,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```